IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

In Re:  
CHERYL WILLIS PERDUE  
751 NORTH INDIAN CREEK  
APT 140  
CLARKSTON, GA  30021

Chapter 13  
Case No.: A04-60753-JEM

SSN (1):  XXX-XX-5535

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy J. Whaley, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares under penalty of perjury as follows:

The case was filed on January 14, 2004.  
The plan was confirmed on June 10, 2004.  
The case was DISMISSED AFTER CONFIRMATION on February 26, 2007.  
Number of months from filing to last payment: 37  
Number of months case was pending: 37  
Dividend to unsecured creditors:  1.00%

**RECEIPTS**:  
Total paid by or on behalf of the debtor(s):  $23,540.00

**EXPENSES OF ADMINISTRATION DISBURSED BY TRUSTEE:**

**ATTORNEY FEE:**  
BERRY AND ASSOCIATES  
Fees paid by debtor:  $0.00  
Fees paid through plan:  $2,500.00  
Total Attorney's Fees:  $2,500.00

**FILING FEE:**  
CLERK OF COURT OF FILING FEES  
Amount Paid:  $134.00

**TRUSTEE FEE:**  
Amount Paid:  $1,202.00

**DISBURSEMENTS TO CREDITORS:**

**SECURED:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| DT CREDIT CORPORATION | S | $0.00 | $5,800.00 | $5,800.00 | $1,710.99 | $7,510.99 |
| FRIEDMAN'S JEWELERS | S | $400.00 | $100.00 | $100.00 | $2.81 | $102.81 |
| THOR RECEIVABLES CORP | S | $0.00 | $713.36 | $713.36 | $81.86 | $795.22 |
| SECURED TOTALS: | | $400.00 | $6,613.36 | $6,613.36 | $1,795.66 | **$8,409.02** |

**UNSECURED:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| MIDWEST CENTER FOR STRESS | U | $0.00 | $412.12 | $1.98 | $0.00 | $1.98 |
| WORLD ACCEPTANCE CORP. | U | $0.00 | $238.92 | $1.15 | $0.00 | $1.15 |
| PROGRESSIVE | U | $0.00 | $3,367.21 | $15.61 | $0.00 | $15.61 |
| BELLSOUTH | U | $0.00 | $385.96 | $1.88 | $0.00 | $1.88 |
| EQUITY RESIDENTIAL PROPERTI | U | $0.00 | $1,942.37 | $9.38 | $0.00 | $9.38 |
| DT CREDIT CORPORATION | U | $0.00 | $1,014.27 | $4.91 | $0.00 | $4.91 |
| FRIEDMAN'S JEWELERS | U | $0.00 | $300.00 | $1.45 | $0.00 | $1.45 |
| UNSECURED TOTALS: | | $0.00 | $7,660.85 | $36.36 | $0.00 | **$36.36** |

**SPECIAL CLASS UNS:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| MORRIS BROWN COLLEGE | X | $15,000.00 | $15,259.00 | $7,386.24 | $0.00 | $7,386.24 |
| US DEPARTMENT OF EDUCATION | X | $0.00 | $3,505.75 | $1,697.00 | $0.00 | $1,697.00 |
| ECMC | X | $0.00 | $2,738.31 | $1,325.51 | $0.00 | $1,325.51 |
| ECMC | X | $0.00 | $1,755.73 | $849.87 | $0.00 | $849.87 |
| SPECIAL CLASS UNS TOTALS: | | $15,000.00 | $23,258.79 | $11,258.62 | $0.00 | **$11,258.62** |

| **SUMMARY OF DISBURSEMENTS TO CREDITORS:** | **TOTALS** |
|---|---:|
| **SECURED** | $8,409.02 |
| **UNSECURED** | $11,294.98 |
| **TRUSTEE FEE** | $1,202.00 |
| **ATTORNEY FEE** | $2,500.00 |
| **FILING FEE** | $134.00 |
| **TOTAL DISBURSEMENTS** | $23,540.00 |
| **TOTAL RECEIPTS** | $23,540.00 |

The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.

Dated: May 29, 2007

/s/ _____

Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303

## CERTIFICATE OF SERVICE

Case No: A04-60753-JEM

This is to certify that I have this day served:

BERRY AND ASSOCIATES, ATTORNEY
2751 BUFORD HWY.
SUITE 400
ATLANTA, GA 30324

CHERYL WILLIS PERDUE
751 NORTH INDIAN CREEK
APT 140
CLARKSTON, GA 30021

In the foregoing matter with a copy of the Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

Dated: May 29, 2007

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201